

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

RAYMUNDO CARRANZA,     §     No. 08-16-00298-CR

    Appellant,     §     Appeal from the

v.     §     409th District Court

THE STATE OF TEXAS,     §     of El Paso County, Texas

    State.     §     (TC# 20150D00299)

§

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the reply brief until **July 2, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ruben P. Morales, Appellant's attorney, prepare the Appellant's reply brief and forward the same to this Court on or before July 2, 2018.

IT IS SO ORDERED this 21st day of June, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.